'Charles Alvin SOAPE and Esther Gatlin Soape, Appellants,

v.

**LOUISIANA POWER & LIGHT CO.**
et al., Appellees.

No. 22647.

United States Court of Appeals
Fifth Circuit.

April 11, 1966.

Edgar Corey, George Leppert, New Orleans, La., for appellants.

Drury & Lozes, James H. Drury, New Orleans, La., for Employers' Liability Assur. Corporation, Limited, and W. R. Core.

Monroe & Lemann, Melvin I. Schwartzman, Andrew P. Carter, Eugene G. Taggart, W. Malcolm Stevenson, New Orleans, La., for Louisiana Power & Light Co.

Before JONES and BELL, Circuit Judges, and BREWSTER, District Judge.

PER CURIAM:

No prejudicial error appearing in the trial of this diversity case, or in the judgment of the Court entered upon the verdict of the jury, that judgment is

Affirmed.

**Elsie C. WILLIS and Grace Shaull,**
**Appellants,**

v.

**Ann M. COLEMAN et al., Appellees.**

**No. 22563.**

United States Court of Appeals
Fifth Circuit.

April 11, 1966.

Ralph H. Hicks and Smith, Ringel, Martin & Lowe, Atlanta, Ga., for appellants.

Slaton Clemmons, Asst. U. S. Atty., Freeman D. Mitchell, Atlanta, Ga., for appellees.

Before TUTTLE, Chief Judge, THORNBERRY, Circuit Judge, and LYNNE, District Judge.

PER CURIAM:

Upon a careful consideration of the testimony touching on the mental capacity of the deceased veteran to change the beneficiary of his government insurance policy from his wife to his two sisters, we conclude that there was sufficient evidence for the trial court to submit this issue to the jury. We conclude also that in doing so, the trial court did not err in charging the law of insane delusion in light of the testimony adduced on behalf of the appellee.

The judgment is affirmed.